UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIELLE MICHELLE VAUGHNS, | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:23-CV-1893-X-BN |
| v. | § § | |
| STATE OF TEXAS, et al., | § § § | |
| *Defendants.* | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 7). No objections were filed. Despite the attempt, mailing notice of the findings, conclusions, and recommendation was unsuccessful.[1]

Because Plaintiff has not received notice of the findings, conclusions, and recommendation and therefore could not object, the District Court reviewed *de novo* the proposed findings, conclusions, and recommendation, as though objection had been made. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 12th day of January, 2024.

---

1 Doc. 10.

1

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2